**92–2634.** State ex rel. Broom v. Cleveland. *Cuyahoga County*, No. 59571. This cause is here on appeal from the Court of Appeals for Cuyahoga County. Upon application of appellee, this cause is hereby dismissed for lack of prosecution pursuant to S.Ct.R.Prac. II(1), effective January 27, 1993.

*Wednesday, February 3, 1993*

## JURISDICTIONAL MOTIONS ALLOWED

**92–2013.** Reid, Johnson, Downes, Andrachik & Webster v. Lansberry. *Summit County*, No. 15449.

A.W. SWEENEY, RESNICK and PFEIFER, JJ., dissent.